UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGG BLASINGAME, | ) | CASE NO. CV 12-00514 RZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL RE |
| vs. | ) | SETTLEMENT |
| | ) | |
| NELSON AND KENNARD LAW, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

The Court having been notified of settlement of this matter by counsel,

The Court ORDERS that this action be, and hereby is, dismissed.

The Court shall retain jurisdiction for a period of 60 days to reopen the matter, upon application by any party, if the settlement is not consummated.

All other dates are vacated.

The Clerk shall mail a copy of this Order to all counsel of record.

DATED: May 21, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE